UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ABETH HASHIMI**,<br><br>         **Plaintiff**,<br><br>-against-<br><br>**12th & 1st DE LLC, and BALSAMIC LLC**,<br><br>         **Defendants.** | 1:22-CV-3061 (ALC)<br><br>**ORDER TO SHOW CAUSE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  On April 13, 2022, Plaintiff filed a complaint commencing this action. *See* ECF No. 1. Plaintiff served Defendant on September 12, 2022, *see* ECF Nos. 9-10, and Defendants answers were due by August 1, 2022. *Id.* To date, no answer or response, or request for an extension to answer or respond, has been filed by Defendants. Plaintiff has received Clerk's Certificates of Default (ECF Nos. 19 and 20), but has not moved for Default Judgment pursuant to SDNY Local Civil Rule 55.2.

  Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed without prejudice for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b), for failure to seek a clerk's certificate of default. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . ."). Such showing should be made by filing a written response to this Order no later than **February 10, 2023,** and emailing a courtesy copy of such response to Chambers. **Any failure by Plaintiff to make this showing will result in a dismissal of the case without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).**

 SO ORDERED.

**Dated**: Jan. 26, 2023
New York, New York

                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**