USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Apr. 7, 2023

MARIA COSTANZA BARDUCCI

# BARDUCCI LAW FIRM

5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

---

March 12, 2023

**Via CM/ECF**
Honorable Judge Andrew L. Carter, Jr
United States District Judge
United States District Court
Southern District of New York
500 Pearl St. Courthouse
New York, NY 10007

    *RE: Abeth Hashimi v 12th & 1st DE LLC and Balsamic LLC*
    *Civil Action 1:22-cv-03061-ALC*
    *Joint Letter-Notice of Settlement in Principle*

Your Honor:

    I represent the Plaintiff in the above-referenced matter.

    The parties are happy to inform the Court that they have reached a settlement in principle and are in the process of memorializing their agreement in writing and naturally contend that it is necessary that the parties be given 30 days time to consummate the settlement in principle and to file a final disposition in this civil action.

    Pursuant to the agreement, the parties jointly request the allotment of 30 days to file their stipulation of dismissal.

    Thank you for your consideration.

                                  Respectfully Submitted,

                                **BARDUCCI LAW FIRM**

                                s/Maria Costanza Barducci, Esq.
                                MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only

Application granted nunc pro tunc. The case is stayed until April 12, 2023. If the parties have not filed a stipulation of dismissal by that time, they are ORDERED to file a joint status report on the status of negotiations.

SO ORDERED:
*/s/ Andrew L. Carter, Jr./*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Apr. 7, 2023